UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
United States of America,

                                 Plaintiff,

   -against-

                                                                  Case No. 7:00-mj-745

Maria J. Manganiello

                                 Defendant.
---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                   SO ORDERED.

                                                                   Hon. Martin R. Goldberg
                                                                   United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie,, New York